**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00289-REB-PAC

RANDY D. GULL,

     Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation,

     Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
CLAIMS FOR DAMAGES FOR EMOTIONAL DISTRESS**

---

**Blackburn, J.**

     The matter before me is **Defendant's Motion to Dismiss** [#6], filed March 10, 2006. By this motion, defendant seeks to dismiss plaintiff's claim under the Federal Employers' Liability Act ("FELA") for damages related to the emotional and work-related stress he allegedly suffered as a result of defendant's actions.  In his response, plaintiff tacitly acknowledges that he cannot recover such damages under FELA, and asks that the relevant language be stricken from the complaint.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Defendant's Motion to Dismiss** [#6], filed March 10, 2006, is **GRANTED**; and

     2.  That paragraph 14 of the Complaint is **STRICKEN**.

     Dated March 27, 2006, at Denver, Colorado.

                               **BY THE COURT:**

                               **s/ Robert E. Blackburn**
                               **Robert E. Blackburn**
                               **United States District Judge**