**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00289-REB-PAC

RANDY D. GULL,

    Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation,

    Defendant.

**ORDER GRANTING MOTION FOR CLARIFICATION**

**Blackburn, J.**

    The matter before me is plaintiff's **Motion for Clarification of Order Granting Defendant's Motion to Dismiss Claims For Damages For Emotional Distress** [#11], filed April 5, 2006.  Plaintiff seeks clarification of my prior **Order Granting Defendant's Motion to Dismiss Claims For Damages For Emotional Distress** [#9], entered March 27, 2006.  I agree that my directive that paragraph 14 of the complaint be stricken in its entirety was in error.  Only the second full sentence of that paragraph should be so stricken.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That plaintiff's **Motion for Clarification of Order Granting Defendant's Motion to Dismiss Claims For Damages For Emotional Distress** [#11], filed April 5, 2006, is **GRANTED**; and

    2.  That paragraph 2 of my **Order Granting Defendant's Motion to Dismiss**

**Claims For Damages For Emotional Distress** [#9], filed March 27, 2006, is **MODIFIED** to reflect that only the second full sentence of paragraph 14 of plaintiff's Complaint is stricken.

Dated April 7, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**